UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

|  |  |
|---|---|
| SUPERIOR COMMERCIAL SOLUTIONS LLC,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>UNITED STATES,<br><br>　　　　　　　　　Defendant. | )<br>)<br>)<br>)　Court No. 24-00052<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that defendant, the United States, appeals to the United States Court of Appeals for the Federal Circuit from this Court's opinion and final judgment dated November 26, 2025. ECF Nos. 44-45. The scope of this appeal includes the Court's opinion granting in part plaintiff's motion for judgment on the agency record and the resulting remedy directing U.S. Customs and Border Protection to rescind the interim and final enforcement measures imposed on quartz countertop products imported by plaintiff after September 29, 2022. ECF Nos. 44-45.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　PATRICIA M. McCARTHY
　　　　　　　　　　　　　　　　　　　　Director

　　　　　　　　　　　　　　　　　　　　FRANKLIN E. WHITE, JR.
　　　　　　　　　　　　　　　　　　　　Assistant Director

　　　　　　　　　　　　　　　　　　　　/s/Liridona Sinani
　　　　　　　　　　　　　　　　　　　　LIRIDONA SINANI
　　　　　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　　　　　Commercial Litigation Branch
　　　　　　　　　　　　　　　　　　　　Civil Division

| | |
|---|---|
| OF COUNSEL: | U.S. Department of Justice |
| | P.O. Box 480 |
| NICOLAS A. MORALES | Ben Franklin Station |
| Attorney | Washington, DC 20044 |
| Office of Chief Counsel | Telephone:  (202) 353-2188 |
| U.S. Customs and Border Protection | Facsimile:  (202) 307-0972 |
| | Email:  Liridona.Sinani@usdoj.gov |

*Attorneys for Defendant*

January 21, 2026